**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | | |
|---|---|---|
| STEVE LEVINE and JAQUELYN DEPPE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>MUNICIPAL PARKING SERVICES, INC., PREMIUM PARKING SERVICE, LLC, and GOVCIO, LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 8:25-cv-02920-KKM-NHA |

**FIRST AMENDED NOTICE OF A RELATED ACTION**[1]

In accordance with Local Rule 1.07(c), I certify that the instant action:

__X___ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

1. **Case No. 4:25-cv-09741-KAW (N.D. Cal.) (voluntarily dismissed case). Municipal Parking Services, Inc. ("MPS") removed to the United States District Court for the Northern District of California a class action filed by Timothy Blue, David Brewer, and Michael Collins, individually and on behalf of all others similarly situated, which was originally filed in the Superior Court of California for San Francisco County ("Blue Action"). The Blue Action is related to the**

[1] This First Amended Notice of a Related Action is filed to provide notice of two newly filed actions since the original Notice of Related Action was filed: 1) Case No. 1:26-cv-02207-MJM (M.D.) and 2) Case No. 2:26-cv-01535-ACA (N.D. Ala.).

current action because it also concerns MPS's use of automated license plate reader technology and the alleged violations such actions create under the Driver's Privacy Protection Act ("DPPA"). The Blue Action was originally filed in the Superior Court of California for San Francisco County on October 9th, 2025, and was removed to the United States District Court for the Northern District of California on November 12, 2025. The Blue Action was voluntarily dismissed without prejudice on June 1, 2026.

2. Case No. 3:24-cv-00320-TKW-HTC (N.D. Fl.) (closed case). MPS removed to the United States District Court for the Northern District of Florida, Pensacola Division, a class action filed by Audrey Smiley individually and on behalf of all others similarly situated from the First Judicial Circuit of Florida ("Smiley Action"). The Smiley Action is related to the current action because it also concerned MPS's use of automated license plate reader technology and the alleged violations such actions create under the DPPA. The Smiley action was settled by both parties on July 11, 2025 and subsequently jointly dismissed on September 15, 2025.

3. Case No. 5:24-cv-01418-KK-SHK (C.D. Cal.) (voluntarily dismissed case). Plaintiff Marc Kutylowski, on behalf of himself and all others similarly situated, filed a class action in the District Court for the Central District of California against Premium Parking Service, LLC for alleged violations of the DPPA ("Kutylowski Action"). The Kutylowski Action is related to the current action because MPS provided Premium Parking Service the automated license plate reader technology that was at issue in the Kutylowski Action and the current case. The Kutylowski Action was stayed on October 7, 2024 pending the resolution of the Smiley Action in the Northern District of Florida. The Kutylowski Action was ultimately voluntarily dismissed by the plaintiff on November 3, 2025.

4. Case No. 1:26-cv-02207-MJM (M.D.) (stayed pending resolution of this action). Plaintiffs Brian Reider, Shulamis Rouzaud, Timothy Blue, David Brewer, and Michael

**Collins, on behalf of themselves and all others similarly situated, filed a class action in the District Court for the District of Maryland against GovCIO, LLC, Premium Parking Service, LLC, Municipal Parking Services, LLC, and LOB, Inc. for alleged violations of the DPPA ("Reider Action"). The Reider Action is related to the current action because MPS provided Premium Parking Service the automated license plate reader technology that was at issue in the Reider Action and the current case. The Reider Action was stayed on August 26, 2026, pending the resolution of this action.**

5. **Case No. 2:26-cv-01535-ACA (N.D. Ala.) (open) Plaintiff Alan Reagan, on behalf of himself and all others similarly situated, filed a class action in the District Court for the Northern District of Alabama against Taggr Solutions, LLC and Premium Parking Service, LLC for alleged violations of the DPPA ("Reagan Action"). The Reagan Action is related to the current action because Premium Parking Service, LLC, is a private parking lot manager alleged to have violated the DPPA through its operation of private parking facilities in both the Reagan Action and the current action.**

_____ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: October 30, 2026

Respectfully submitted,

*/s/ Brooke Patterson*

Kevin P. McCoy (Lead Trial Counsel)
Florida Bar No. 0036225
kmccoy@carltonfields.com
D. Matthew Allen
Florida Bar No. 866326
mallen@carltonfields.com
Carlton Fields, P.A.

4221 W Boy Scout Blvd., Suite 1000
Tampa FL 33607
Telephone.: (813) 229-4304

Brooke Patterson
bpatterson@carltonfields.com
nthompson@carltonfields.com
Carlton Fields, P.A.
700 NW 1st Avenue, Suite 1200
Miami, Florida 33136
Telephone: (305) 530-0050

*Attorneys for Defendants Municipal Parking Services, Inc. and Premium Parking Service, LLC*